FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-21-00460-CR

Andon Joseph **SAMBRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2020-DCR-1025
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Pending before the court is a motion to withdraw as counsel filed by M. Patrick Maguire, counsel for appellant. Mr. Maguire seeks to withdraw as appellant's counsel because he has been elected judge of the 198th Judicial District Court. We hold Mr. Maguire's motion to withdraw as counsel under advisement. In the meantime, we ORDER the trial court to appoint substitute appellate counsel for appellant **no later than December 14, 2022** and ORDER the trial court to file a supplemental clerk's record in this court **no later than December 16, 2022**, which shall include the order appointing substitute appellate counsel for appellant.

It is so **ORDERED** on December 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT